IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN UNSEALING
ORDER

05-MJ-201 (DEP)

### UNSEALING ORDER

Now, on motion of the United States of America by its attorney, Glenn T. Suddaby, United States Attorney for the Northern District of New York, and Miroslav Lovric Assistant United States Attorney, it is hereby

**ORDERED**, the provision of the Order directing that the matter be sealed is hereby **VACATED** and said matter/file shall be **UNSEALED**.  With the **EXCEPTION** of the Affidavit and Application for a Search Warrant, those documents shall remain **SEALED**.

Dated: June 9, 2005

HON. DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE