*9*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

**INDICTMENT
3:05-CR-270
[TJM]**

DAVID FALSO,

DEFENDANT.

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 16 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

### THE GRAND JURY CHARGES THAT:

### COUNT 1
### [TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT WITH MINORS]

Between in and about May of 2003 and continuing up until on or about June 8, 2005, in the Northern District of New York and elsewhere, **DAVID FALSO,** the defendant herein who is a United States citizen, did travel in foreign commerce for the purpose of engaging in illicit sexual conduct with female minors under eighteen (18) years of age.

All in violation of Title 18, United States Code, section 2423(b) & (f).

### COUNT 2
### [TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT WITH MINORS]

Between in and about July of 2000 and continuing up until in and about April of 2003, in the Northern District of New York and elsewhere, **DAVID FALSO,** the defendant herein who is a United States citizen, did travel in foreign commerce for the purpose of engaging in sexual acts

1

with female minors under eighteen (18) years of age.

All in violation of Title 18, United States Code, sections 2423(b) and 2246.


## COUNTS  3 - 10
## [PRODUCTION OF CHILD PORNOGRAPHY]

Between in or about July of 2000 and continuing up until on or about June 8, 2005, in the

Northern District of New York and elsewhere, **DAVID FALSO,** the defendant herein, did

knowingly and willfully employ, use, persuade, induce and entice a minor to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, and defendant

knew and had reason to know that such visual depiction will be transported in interstate and

foreign commerce, and such visual depiction has actually been transported in interstate and

foreign commerce, in that, during said time period, the defendant caused the photographing of

minor females in sexually explicit conduct with a camera, and defendant then caused such

images to be transported in interstate and foreign commerce, and each such image is a separate

count of this Indictment:

| COUNT | IMAGE. |
|-------|--------|
| 3 | Production Image 1 |
| 4 | Production Image 2 |
| 5 | Production Image 3 |
| 6 | Production Image 4 |
| 7 | Production Image 5 |
| 8 | Production Image 6 |
| 9 | Production Image 7 |
| 10 | Production Image 8 |

All in violation of Title 18, United States Code, Section 2251(a).

2

Defendant committed the above offenses after he had a prior final conviction under the laws of a state for offenses relating to the sexual exploitation of children and which conviction affects the penalty provisions of Title 18, United States Code, section 2251.

## COUNTS 11 - 233
## [RECEIVING CHILD PORNOGRAPHY VIA THE INTERNET]

Between in or about July of 2000 and continuing up until on or about June 8, 2005, in the Northern District of New York and elsewhere, **DAVID FALSO,** the defendant herein, knowingly received child pornography and material containing child pornography that had been mailed, transported and shipped in interstate and foreign commerce by any means, including a computer, in that, defendant received via the internet the following listed computer images knowing that the images contained a visual depiction and material containing a visual depiction the production of which involved the use of minors engaged in sexually explicit conduct, as defined in Title 18, U.S.C., section 2256, and each such image is a separate Count of this Indictment:

| COUNT | IMAGE. |
|-------|--------|
| 11 | v0524.jpg |
| 12 | h0194.jpg |
| 13 | h0186.jpg |
| 14 | h0211.jpg |
| 15 | h0541.jpg |
| 16 | h0689.jpg |
| 17 | h0730.jpg |
| 18 | h0396.jpg |
| 19 | h0663.jpg |
| 20 | h0366.jpg |
| 21 | h0633.jpg |
| 22 | h0388.jpg |

| | |
|---|---|
| 23 | h0381.jpg |
| 24 | v0350.jpg |
| 25 | v0413.jpg |
| 26 | v0270.jpg |
| 27 | v0277.jpg |
| 28 | h0528.jpg |
| 29 | h0507.jpg |
| 30 | h0514.jpg |
| 31 | h0695.jpg |
| 32 | temp/derbinOn/page1of2 |
| 33 | temp/derbinOn/page2of2 |
| 34 | temp/derbinOn/next.htmlpage1of2 |
| 35 | h0096.jpg |
| 36 | h0107.jpg |
| 37 | h0394.jpg |
| 38 | h0246.jpg |
| 39 | fd/main/.jpg |
| 40 | h0658.jpg |
| 41 | h0242.jpg |
| 42 | h0508.jpg |
| 43 | h0231.jpg |
| 44 | h0492.jpg |
| 45 | h0098.jpg |
| 46 | h0209.jpg |
| 47 | xhotpix.com/page1of9 |
| 48 | saratoga.e-pid.org/prev.htmpage1of2 |
| 49 | saratoga.e-pid.org/prev.htmpage2of2 |
| 50 | h0706.jpg |
| 51 | h0707.jpg |
| 52 | h0718.jpg |
| 53 | h0710.jpg |
| 54 | h0716.jpg |
| 55 | h0605.jpg |
| 56 | h0645.jpg |
| 57 | v0655.jpg |
| 58 | h0463.jpg |
| 59 | h0467.jpg |
| 60 | h0483.jpg |
| 61 | h0254.jpg |
| 62 | h0269.jpg |
| 63 | h0293.jpg |
| 64 | lily.wamurl.com/pre3.html |
| 65 | 12fox.com/vf/indexs.htmlpage1of5 |

| | |
|---|---|
| 66 | 12fox.com/vf/indexs.htmlpage2of5 |
| 67 | 12fox.com/vf/indexg.htmlpage2of7 |
| 68 | 12fox.com/vf/indexg.htmlpage3of7 |
| 69 | 12fox.com/vf/indexg.htmlpage4of7 |
| 70 | 12fox.com/vf/indexg.htmlpage5of7 |
| 71 | fortarx.com/site/tour.htmlpage1of2 |
| 72 | AS_107.JPG |
| 73 | gonggi/ub0552413245224005562 |
| 74 | jk_003.jpg |
| 75 | cas-2-22.jpg |
| 76 | aa067.jpg |
| 77 | CA7MIQU2.jpg |
| 78 | 004.jpg |
| 79 | 10asfck1.jpg |
| 80 | 10assfck.jpg |
| 81 | hard0508/31.jpg |
| 82 | lcs18-14.jpg |
| 83 | image24.htm |
| 84 | aa015.JPG |
| 85 | AT_193.JPG |
| 86 | AT_407.JPG |
| 87 | AT_153.JPG |
| 88 | AT_195.JPG |
| 89 | 43-18.jpg |
| 90 | siris6.jpg |
| 91 | siris6c.jpg |
| 92 | siris5.jpg |
| 93 | B21.JPG |
| 94 | 11-n3f12.jpg |
| 95 | aal_h063.jpg |
| 96 | as_213.jpg |
| 97 | as_340.jpg |
| 98 | as_214.jpg |
| 99 | AT_278.JPG |
| 100 | VEN07.JPG |
| 101 | VEN10.JPG |
| 102 | VEN05.JPG |
| 103 | as033.jpg |
| 104 | koro12.jpg |
| 105 | 14.jpg |
| 106 | olya0091.jpg |
| 107 | olya0101.jpg |
| 108 | as_255.jpg |

| | |
|---|---|
| 109 | as_183.jpg |
| 110 | 43-06.jpg |
| 111 | AT_155.JPG |
| 112 | B29.JPG |
| 113 | lcs18-11.jpg |
| 114 | ADINA-23.JPG |
| 115 | LL-N4-17.JPG |
| 116 | LL-N4-21.JPG |
| 117 | LL-N4-18.JPG |
| 118 | ll-n4-24.jpg |
| 119 | TOTRP9.JPG |
| 120 | hel-lo46.jpg |
| 121 | !!!!!!ys.jpg |
| 122 | 06FUC.JPG |
| 123 | image2.html |
| 124 | B01.JPG |
| 125 | 0679.jpg |
| 126 | 0674.jpg |
| 127 | kp006701.jpg |
| 128 | kp006700.jpg |
| 129 | image1.htm |
| 130 | aa037.jpg |
| 131 | preteen/3.jpg |
| 132 | preteen/11.jpg |
| 133 | hl-51-027_jpg.htm |
| 134 | cindy08.jpg |
| 135 | fake_794.jpg |
| 136 | 43-04a.jpg |
| 137 | ll-43-02.jpg |
| 138 | 43_01b.jpg |
| 139 | ll-43-03.jpg |
| 140 | unknown-1798.jpg |
| 141 | hard0508/21.jpg |
| 142 | kp010801.jpg |
| 143 | preteen/1.jpg |
| 144 | h0234.jpg |
| 145 | 0663.jpg |
| 146 | AT_190.JPG |
| 147 | AT_148.JPG |
| 148 | AT_081.JPG |
| 149 | AT_039.JPG |
| 150 | AT_044.JPG |
| 151 | kp000719.jpg |

| | |
|---|---|
| 152 | LL-P1-27.JPG |
| 153 | ch5.jpg |
| 154 | 8796.jpg |
| 155 | 011v.jpg |
| 156 | Im000104.jpg |
| 157 | a699978.jpg |
| 158 | 10blow.jpg |
| 159 | behind2.jpg |
| 160 | ga-01.jpg |
| 161 | etnymph022001s |
| 162 | image18.htm |
| 163 | id=4&unixtime=... |
| 164 | etnymph110.JPG |
| 165 | sveta003.jpg |
| 166 | mclt0224.jpg |
| 167 | hel-lo13.jpg |
| 168 | h0425.jpg |
| 169 | phot0002.jpg |
| 170 | index2.html |
| 171 | aal_h057.jpg |
| 172 | AT_082.JPG |
| 173 | aa016.JPG |
| 174 | preview2.html |
| 175 | index2.html |
| 176 | 12.jpg |
| 177 | as_237.jpg |
| 178 | AT_156.JPG |
| 179 | 1133.jpg |
| 180 | LL-N4-16.JPG |
| 181 | AS_035.JPG |
| 182 | 08~mist067.jpg |
| 183 | cath23.jpg |
| 184 | 05B.JPG |
| 185 | aa008.jpg |
| 186 | 43-12.jpg |
| 187 | vb77.jpg |
| 188 | AT_150.JPG |
| 189 | preview3.html |
| 190 | ccpp7asd/index.html |
| 191 | image3.htm |
| 192 | image27.htm |
| 193 | AT_385.JPG |
| 194 | AT_085.JPG |

| | |
|---|---|
| 195 | a699980.jpg |
| 196 | 08~mist096.jpg |
| 197 | AT_175.JPG |
| 198 | AT_171.JPG |
| 199 | ll-el-08.jpg |
| 200 | AT_163.JPG |
| 201 | kp009011.jpg |
| 202 | hel-lo09.jpg |
| 203 | bangko03.jpg |
| 204 | athome01.jpg |
| 205 | B02.JPG |
| 206 | DCS00006.JPG |
| 207 | image3.html |
| 208 | as_308.jpg |
| 209 | hel-cum05.jpg |
| 210 | ADINA-25.JPG |
| 211 | cath11.jpg |
| 212 | kp000101.jpg |
| 213 | as_193.jpg |
| 214 | image1.html |
| 215 | image18.html |
| 216 | 43-22a.jpg |
| 217 | hel-cum04.jpg |
| 218 | lcs18-18.jpg |
| 219 | Tour.html |
| 220 | HEA_010.JPG |
| 221 | preteen/13.jpg |
| 222 | kp000102.jpg |
| 223 | Copy%20of%20xx9.jpg |
| 224 | HEA_017.JPG |
| 225 | gal-10.jpg |
| 226 | 014.JPG |
| 227 | _10ondad_.jpg |
| 228 | hel-lo09.jpg |
| 229 | 5yearsol_3.jpg |
| 230 | lcs18-05.jpg |
| 231 | siris2f.jpg |
| 232 | betty-13.jpg |
| 233 | NATASH19.JPG |

All in violation of Title 18, United States Code, Sections 2252A (a)(2)(A)&(B) and 2256.

Defendant committed the above offenses after he had a prior final conviction under the

laws of a state for offenses relating to sexual abuse and abusive sexual conduct involving a minor and which conviction affects the penalty provisions of Title 18, United States Code, section 2252A(b)(1).

## COUNTS 234 - 241
## [TRANSPORTING AND SHIPPING CHILD PORNOGRAPHY]

Between in or about July of 2000 and continuing up until on or about June 8, 2005, in the Northern District of New York and elsewhere, **DAVID FALSO,** the defendant herein, knowingly transported and shipped in interstate and foreign commerce by any means child pornography, in that, defendant transported and shipped in interstate and foreign commerce the following listed images/pictures knowing that the images/pictures contained a visual depiction and material containing a visual depiction the production of which involved the use of minors engaged in sexually explicit conduct, as defined in Title 18, U.S.C., section 2256, and each such image/picture is a separate Count of this Indictment:

| COUNT | IMAGE. |
|-------|--------|
| 234 | Production Image 1 |
| 235 | Production Image 2 |
| 236 | Production Image 3 |
| 237 | Production Image 4 |
| 238 | Production Image 5 |
| 239 | Production Image 6 |
| 240 | Production Image 7 |
| 241 | Production Image 8 |

All in violation of Title 18, United States Code, Sections 2252A (a)(1) and 2256.

Defendant committed the above offenses after he had a prior final conviction under the

laws of a state for offenses relating to sexual abuse and abusive sexual conduct involving a minor and which conviction affects the penalty provisions of Title 18, United States Code, section 2252A(b)(1).

## COUNT 242
## [POSSESSION OF CHILD PORNOGRAPHY]

Between in or about July of 2000 and continuing up until on or about June 8, 2005, in the Northern District of New York and elsewhere, **DAVID FALSO,** the defendant herein, did knowingly and willfully possess material which contains images of child pornography that have been mailed, shipped and transported in interstate and foreign commerce by any means, and which were produced using materials which have been so mailed, shipped and transported in interstate and foreign commerce by any means, in that, defendant knowingly possessed computers, computer hard drives, CD/DVD disks, paper, photographs, negatives and other materials containing numerous graphic images of child pornography, knowing that the images contained a visual depiction and material containing a visual depiction, the production of which involved the use of minors engaged in sexually explicit conduct as defined in Title 18, U.S.C., section 2256.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Defendant committed the above offense after he had a prior final conviction under the laws of a state for offenses relating to sexual abuse and abusive sexual conduct involving a minor and which conviction affects the penalty provisions of Title 18, United States Code, section 2252A(b)(2).

## FORFEITURE ALLEGATION RELATING TO COUNTS 1 - 242

Upon conviction of one or more of the offenses, alleged in Counts 1 through 242 of this

Indictment, defendant **DAVID FALSO** shall forfeit to the United States pursuant to 18 U.S.C. §

2253, all visual depictions which were produced, transported, mailed, shipped or received in

violation of the law; all property, real and personal, constituting or traceable to gross profits or

other proceeds obtained from the offense(s); and all  property, real and personal, used or intended

to be used to commit or to promote the commission of the offense(s), including but not limited to

the following:

1.    **REAL PROPERTY**

All that lot or parcel of land, together with its buildings, appurtenances,
improvements, fixtures, attachments and easements, located at 20
Peaceful Drive, Cortland, New York, as more particularly described in a
Deed dated October 15, 1984 and recorded in the Cortland County Clerk's
Office in Book 401 at Page 212, as follows:

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, with buildings and improvements
thereon erected, situate, lying and being in the City of Cortland, County of Cortland and State of New York, bounded
and described as follows:  Beginning at a point in the center of Peaceful Drive which is 214 feet measured  S 07° 50'
W. of the intersection of the center line of Peaceful Drive and the center line of Oaklin Drive; running thence N. 82°
10' W. a distance of 125 feet to a point marked by a set pin; running thence S. 07° 50' W. a distance of 62 feet to a
point marked by a set pin; running thence S. 82° 10' E. and passing through an existing pin in the west curb line of
Peaceful Drive a distance of 125 feet to a point on the centerline of Peaceful Drive; running thence N. 07° 50' E.
along the center line of Peaceful Drive a distance of 62 feet to the place of beginning.

That portion of the above described premises lying within the bounds of Peaceful Drive is conveyed subject
to the rights of the public to use the same for street and highway purposes.

The foregoing description is made according to a survey made by J. Frederick Brady, L.S. 19665 on
September 30, 1975.

This conveyance is made subject to all of the covenants, restrictions and provisions set forth in the deed of
Walter C. Goff and Anna M. Goff to Donald L. and Yvonne G. Parker dated April 10, 1959.

Being the same premises conveyed by Deborah Lee Falso to David J. Falso by Deed dated the 15th day of
October, 1984 and recorded in the Cortland County Clerk's Office on the 16th day of October, 1984 in Book 401 of
Deeds at page 212.

2.    **PERSONAL PROPERTY**

a.    A computer, no brand name, no serial numbers noted. Sticker on

back notes "QC Passed" with a line through 2003 and 4. A silver mini tower, with trays labeled DVD-ROM and CD-Writer. Computer also has a 3.5 disk drive. Silver on/off button. Computer face is silver with black trim. There is a windows logo sticker on the upper right front of face that says "Designed for Microsoft Winodw XP";

b.      Four (4) DVD+Rs labeled #1, #2, #3 and #4 respectively;

c.      Video tape labeled "Mademoiselle Striptease";

d.      Tcon DVD labeled "Sideways".

If any of the above-described forfeitable property, as a result of any act or omission of the

defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(o), to seek forfeiture of any

other property of said defendant(s) up to the value of the forfeitable property described above.

**A TRUE BILL**

Dated: June 16, 2005
      Binghamton, New York

**FOREPERSON OF THE GRAND JURY**

GLENN T. SUDDABY
UNITED STATES ATTORNEY

Dated: June 16, 2005

By:Miroslav Lovric
Assistant U.S. Attorney