AO 458 (Rev. 10/95) Appearance

# United States District Court

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE OF APPEARANCE** |
| v. | |
| **DAVID FALSO,** | |
| **Defendant** | |
| | **CASE NUMBER: 3:05-CR-270(TJM)** |

***TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:***

*Enter my appearance as co-counsel for the criminal forfeiture aspect of the above-captioned case for the United States.*

*I certify that I am admitted to practice in this Court.*

*Dated: June 17, 2005*        GLENN T. SUDDABY
                              United States Attorney
                     By:
                              s/Carl J. Boykin
                              Carl J. Boykin
                              Assistant U.S. Attorney
                              Bar Roll No. 512927
                              U.S. Attorney's Office
                              P.O. Box 7198
                              100 South Clinton Street
                              Syracuse, NY 13261-7198
                              Telephone: (315) 448-0672
                              Facsimile:  (315) 448-0646