ORIGINAL

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 16 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*********************************************

**UNITED STATES OF AMERICA,**

v.

**DAVID FALSO,**
              **Defendant.**

Criminal No.
3:05 -CR-270(TJM)

*********************************************

# NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Glenn T. Suddaby, United States Attorney, for the Northern District of New York ( Miroslav Lovric and Carl J. Boykin, Assistant U.S. Attorneys appearing) against the above named defendant by an Indictment seeking the forfeiture to the United States of real property listed herein pursuant to Title 18, United States Code, Section 2253.

The current record title holder for the real property is David Falso .

The land and premises to be affected by this suit is commonly known as 20 Peaceful Drive, Cortland, New York, and is more fully set forth in Exhibit A, attached hereto and made a part hereof.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated: 6/15/05

By:

GLENN T. SUDDABY
United States Attorney
Northern District of New York

Carl J. Boykin
Assistant U.S. Attorney
Bar Roll No. 512927

**TO THE CORTLAND COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

By:

GLENN T. SUDDABY
United States Attorney
Northern District of New York

Carl J. Boykin
Assistant U.S. Attorney
Bar Roll No. 512927

## **EXHIBIT A**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, with buildings and improvements thereon erected, situate, lying and being in the City of Cortland, County of Cortland and State of New York, bounded and described as follows: Beginning at a point in the center of Peaceful Drive which is 214 feet measured S 07° 50' W. of the intersection of the center line of Peaceful Drive and the center line of Oaklin Drive; running thence N. 82° 10' W. a distance of 125 feet to a point marked by a set pin; running thence S. 07° 50' W. a distance of 62 feet to a point marked by a set pin; running thence S. 82° 10' E. and passing through an existing pin in the west curb line of Peaceful Drive a distance of 125 feet to a point on the centerline of Peaceful Drive; running thence N. 07° 50' E. along the center line of Peaceful Drive a distance of 62 feet to the place of beginning.

That portion of the above described premises lying within the bounds of Peaceful Drive is conveyed subject to the rights of the public to use the same for street and highway purposes.

The foregoing description is made according to a survey made by J. Frederick Brady,.L.S. 19665 on September 30, 1975.

This conveyance is made subject to all of the covenants, restrictions and provisions set forth in the deed of Walter C. Goff and Anna M. Goff to Donald L. and Yvonne G. Parker dated April 10, 1959.

Being the same premises conveyed by Deborah Lee Falso to David J. Falso by Deed dated the 15th day of October, 1984 and recorded in the Cortland County Clerk's Office on the 16th day of October, 1984 in Book 401 of Deeds at page 212.