## PROCEEDING HELD BY VIDEO (BING-SYR 12th Floor)

## CRIMINAL MINUTES

| | |
|---|---|
| 11:00 AM - 11:15 AM | TAPE# VC-12 |

THURSDAY, JULY 7, 2005, SYRACUSE, NY
MAGISTRATE JUDGE DAVID E. PEEBLES, PRESIDING

**CLERK: SHELLY LAZZARO**

| | |
|---|---|
| UNITED STATES | |
| v. | 3:05-CR-270 (TJM) |
| DAVID FALSO | |

*Appearances:*

For USA: Miroslav Lovric, AUSA
For Deft.: Mark Suben, Esq. (*retained counsel*)

## ARRAIGNMENT

Judge Peebles is present in Syracuse, while the Deft. and counsel are present in Binghamton.  Deft. has no objections to having this proceeding held by video.  Copy of indictment is provided to the Deft..  Deft. is advised of rights.  Maximum penalty of charges is stated.  Deft. waives formal reading of indictment and enters a plea of not guilty to all of the charges listed w/in the indictment.  Scheduling order is issued and copies are provided to counsel.  Judge continues Deft. on detention status.  Atty. Suben requests the court to schedule a bail review hearing at a later time when more information can be obtained.  Judge advises Atty. Suben to make this request in writing outlining in detail the grounds in which he is raising for reconsideration of the detention order that was issued.  Deft. is remanded to the custody of the USMS.