IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

05-CR-270
(Hon. Thomas J. McAvoy)

DAVID FALSO,

Defendant.

---

## GOVERNMENT'S DISCOVERY STATEMENT

The government respectfully furnishes to the Court this written notice of discovery materials provided to the defendant through the respective counsel, Mark Suben. Attached to this statement is a copy of the summary letter sent to counsel in addition to the discovery materials/documents.

Dated: July 29, 2005

By: Miroslav Lovric
Assistant U.S. Attorney
Federal Building
15 Henry Street
Binghamton, New York 13901
(607) 773-2887

1



**U. S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*304 Federal Building*   607 / 773-2887
*15 Henry Street*   FAX: 607 / 773-2901
*Binghamton, New York 13901-2753*

July 29, 2005

Mr. Mark D. Suben , Esq.
Suben Law Offices
One North Main Street
3rd Floor
Cortland, New York 13045

Re: <u>United States v. David Falso</u>, [05-CR-270 (TJM)]

Dear Mr. Suben:

Copies of following materials are enclosed herein:

1. Search Warrant Application and Affidavit filed on June 1, 2005.

2. Search Warrant issued on June 1, 2005.

3. FBI Receipt Form for property seized dated June 8, 2005.

4. Computer Forensic Investigative Analysis Report from the CATS Unit in connection to the forensic analysis of defendant Falso's computer and other computer related hardware. Please note that copies of the child pornography images, videos and video clips which are contained on the computer hardware are not enclosed herein and were not copied in these materials. As always, you are more than welcome to view and inspect the child pornography images found on defendant's computer by calling me and arranging a convenient date and time to view and inspect the child pornography at our office.

Very truly yours,

GLENN T. SUDDABY
United States Attorney

BY: Miroslav Lovric
Assistant U.S. Attorney


cc: United States District Court [For Filing w/o discovery materials/enclosures]

## CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING SYSTEM

I hereby certify that on July 29, 2005, I electronically filed with the NDNY Clerk of the District Court using the CM/ECF system the above-referenced document(s) in connection with the above-referenced case. The CM/ECF system automatically sent electronic notifications of such filing to the attorneys of record in this case, as maintained by the District Court Clerk's Office, AND who are properly registered in the CM/ECF system for the NDNY as required pursuant to NDNY General Order #22. As for any attorney of record in this case who is not registered in the CM/ECF system for the NDNY, the government has caused to be mailed or faxed to that attorney either the actual CM/ECF electronic notification/e-mail as received from the CM/ECF system by the government and/or the actual documents being filed. Therefore, the non-registered attorney(s) will receive the same electronic ECF notice with the same information as will the attorney(s) who is/are registered in the CM/ECF system.

_/s/ Miroslav Lovric_
Miroslav Lovric
Assistant U.S. Attorney