IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.                                Criminal Action No.
                                       3:05-MJ-201 (DEP)

DAVID J. FALSO,

                Defendant.

_____

APPEARANCES:                OF COUNSEL:

FOR THE GOVERNMENT:

HON. GLENN T. SUDDABY        MIROSLAV LOVRIC, ESQ.
United States Attorney            Assistant U.S. Attorney
Northern District of New York
15 Henry Street
Binghamton, New York 13901

FOR DEFENDANT:

SUBEN LAW OFFICES           MARK D. SUBEN, ESQ.
One North Main Street
3rd Floor
Cortland, New York 13045

DAVID E. PEEBLES
U. S. MAGISTRATE JUDGE

<u>ORDER</u>

Having received and considered an application by the defendant, who has been ordered detained pending trial in connection with this matter, for re-opening of the detention hearing previously held, based upon the existence of new, material information not known to the defendant at the time of the hearing, and the court finding good cause therefore, it is hereby

ORDERED, as follows:

1)     A hearing will be conducted on September 9, 2005 at 10:00 am at the United States Courthouse in Binghamton, New York in connection with the defendant's application for reconsideration of the court's detention order, dated June 16, 2005 (Dkt. No. 8).

2)     The clerk is directed to docket the materials submitted by defendant's counsel under cover of his letter dated August 24, 2005.

3)     The reports of Dr. Damian Vallelonga and Dr. Norman Lesswing, filed as part of defendant's application for reconsideration, shall be filed under seal in light of the sensitive and confidential nature of the contents of those reports.

4)      The clerk is directed to promptly forward copies of this order to

counsel for the parties via electronic means.

_____
David E. Peebles
U.S. Magistrate Judge

Dated:        September 1, 2005
              Syracuse, NY