## CRIMINAL CALENDAR

**12:00 PM**
**SEPTEMBER 9, 2005, <u>BINGHAMTON, NY</u>**
**MAGISTRATE JUDGE DAVID E. PEEBLES, PRESIDING**

**CLERK: Sue Potter**

| | |
|---|---|
| UNITED STATES<br>          v.<br>DAVID FALSO | 5:05-CR-270 (TJM) |

*Appearances:*

For USA: Miroslav Lovric, AUSA
For Deft.: Mark Suben, Esq.
For USPO: Mike Pierce

---

**BAIL REVIEW HEARING**

Mr. Suben speaks on behalf of Defendant for release.
AUSA Lovric requests  Defendant be detained.
Court RESERVES decision.


1:20 pm        Court stands adjourned.




** **The U.S. Marshal is hereby directed to produce defendant DAVID FALSO, now in custody, for the above noted appearance in <u>BINGHAMTON, NY</u> on SEPTEMBER 9, 2005, at 11:00 AM.**

**VIOLATION:  In the Northern District of New York**