IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | CONSENT TO CHANGE ATTORNEYS |
| Plaintiffs, | |
| -v- | Criminal Action No. 05-CR-270 |
| DAVID J. FALSO, | |
| Defendant. | |

-----------------------------------------------------------------

I, David J. Falso, hereby consent to the substitution of Aswad & Ingraham as my attorneys of record in the above-captioned matter, replacing the Suben Law Offices.

                                                       S/
                                           David J. Falso

Sworn to before me this
      day of October, 2005.

   S/
Notary Public
Thomas R. Cline
My Commission Expires 6/2/07

| | |
|---|---|
|    S/ |    S/ |
| Thomas A. Saitta, Esq. | Mark D. Suben, Esq. |
| Aswad & Ingraham | Suben Law Offices |
| 46 Front Street | One North Main St., 3rd Floor |
| Binghamton, NY 13905 | Cortland, NY 13045 |