UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
UNITED STATES OF AMERICA,

    -against-

                                                                                               Case No: 05-CR-0270 TJM

DAVID J. FALSO,
                       Defendant.
---------------------------------------------------------

CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2005, I electronically filed the Substitution of Attorneys on behalf of the defendant herein with the Clerk of the District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

    1. AUSA Miroslav Lovric, 15 Henry St., Binghamton, NY 13901

    2. Mark D. Suben, Esq., One North Main St., 3rd Fl., Cortland, NY 13045.

Dated:  October 13, 2005

                                              "s/Thomas R. Cline"
                                              Thomas R. Cline, Esq.
                                              Fed. Bar Roll # 505414
                                              Aswad & Ingraham
                                              Attorneys for the Defendant
                                              46 Front Street
                                              Binghamton, NY 13905
                                              607-722-3495