A806—Certificate of Disposition
New York Courts

RECEIVED

Copyright 1984 by Gould Publications
199/300 State Street, Binghamton, NY 13901

STATE OF NEW YORK
COUNTY OF __Cortland__
COURT __Homer Town Court__

2005 JUN 14  AM 11: 19

U.S. ATTORNEY
BINGHAMTON, NY

THE PEOPLE OF THE STATE OF NEW YORK

CERTIFICATE OF DISPOSITION

v.

Defendant(s)

David Jon Falso     NYSID 58409272    ARREST DATE 2/18/87

** Endangering the welfare of a child sec 260.10-1 Penal Law

*I certify that the above named defendant having appeared before this Court charged with the offense(s) of _____, in violation of section(s) 260.10-1 of the Penal Law of the State of New York, and a proper request for official statement of disposition having been received, this is to certify that the charge(s) aforesaid were, on the 21 day of Sept, 19 87, disposed of by:*

Plea guilty to Endangering the welfare of a child

*and that the defendant was sentenced:*

Probation 3 years

_____
Judge/Justice/Clerk

COPY

NOTE: *A copy of the request should be filed with this certificate in the court's records of the case.*

CAUTION: *This information must not be divulged where a seal order under CPL §160.50 has issued or where the defendant has been adjudicated a youthful offender.*

Copies should be sent to the following:____Court,____Defendant,____Agency,____District Attorney

|65|

(rev. 84)

GENL. 3 REV. 5/85  INFORMATION/COMPLAINT

| STATE OF NEW YORK | COUNTY OF Cortland |
|---|---|
| Local Criminal COURT | Town OF Homer |

THE PEOPLE OF THE STATE OF NEW YORK

—vs.—

DAVID JON FALSO    dob 03/14/41

Defendant(x)

[INFORMATION] [COMPLAINT]

**ACCUSATION**

BE IT KNOWN THAT, by this [Information] [Complaint], Peter D. Hans, as the Complainant herein, [stationed] [residing] at SP Cortland, accuses DAVID JON FALSO, the above mentioned Defendant(x), with having committed the [offense] [violation] [misdemeanor] [felony] of Endangering the welfare of a child, in violation of Section 260.10, Subdivision 1 of the Penal Law of the State of New York.

That during the year of 1986, believed to be in the month of January or February, in the Town of Cortlandville, County of Cortland, the Defendant(x) did knowingly, and unlawfully,

That a person is guilty of endangering the welfare of a child when he knowingly acts in a manner likely to be injurious to the physical, mental or moral welfare of a female child less that seventeen years old.

TO WIT: That during the months of January or February 1986, the above mentioned defendant did subject a female child less than seventeen years of age to sexual contact, said sexual contact likely to be injurious to the moral welfare of said child ████████ age ██, date of birth ████████, all contrary and in direct violation to the above mentioned section of law.

The above allegations of fact are made by the Complainant herein [upon personal knowledge] or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of ████████.

—OR—

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL § 210.45)

Affirmed under penalty of perjury this 18th day of February, 19 87.

—OR—

Subscribed and Sworn to before me this ___ day of _____, 19 ___.

Investigator Peter D. Hans
COMPLAINANT

[ ] — STRIKE OUT ANY WORDS THAT DO NOT APPLY    COPY 1

State of New York                                           February 18, 1987
County of Cortland
City of Cortland

    The following statement is being taken from ███████ ███████, age █, date of birth ███████. ███ is a ███████ ███████████████████████████████. She lives with her mother ███ ███████████████████████████████ and her brother ███████████████████. They reside at ███████████████████████████████. ███████ is presently employed at the Highgate Nursing Home, Cortland, N.Y. as a licensed practical nurse. This statement concers sexual contact between ███████ and DAVID FALSO.

    DAVID FALSO has been a boyfriend of ███████████ for approximately three years and is called "COUSEY" by his friends. Soemtime during the past year, COUSEY was at our house. I was in the livingroom, on the couch. COUSEY was tickling me and when he tickled me, he put his hand down my pants. He put his hand inside my underpants and rubbed my private parts. When he did this to me, it hurt a little bit. I do not remember if he put his finger inside of me. My brother ███████ saw COUSEY touch me and he ran an told my mother. My mother asked COUSEY about what had happened and he told her that he may have gone to far tickling me. Right after this happened, COUSEY left the house. As far as I can remember, he has only touched me once. I have been told in school about good and bad touches and where he touched me was bad.

    This statement has been taken in the presence of ███████ mother ███████████ and will be read by both of them. It is true and correct to the best of her knowledge.

*Beverly Smith*
BEVERLY SMITH