**ASWAD & INGRAHAM**
ATTORNEYS AT LAW
46 FRONT STREET
BINGHAMTON, NEW YORK 13905

Richard N. Aswad
Charles O. Ingraham
Thomas A. Saitta                     TELEPHONE:  607-722-3495
James F. Haley, Jr.*                 FAX:  607-722-2566
Angelina Cutrona Beehm          email: Tom.Saitta@ailaw.com
William M. Thomas*
James F. Moran                                                                  Thomas R. Cline
          Special Counsel

*Also Admitted in Pennsylvania

January 3, 2006

Hon. Thomas J. McAvoy
Senior Judge, United States District Court
Northern District of New York
Federal Courthouse
15 Henry St.
Binghamton, NY 13901

      Re: USA v. Falso; 05-CR-270

Dear Judge McAvoy:

      Enclosed is Defendant's Omnibus motion and Memorandum of Law in the above-referenced matter.  Pursuant to consultation with Chambers (Seth Isenberg), the Defendant was granted leave of the Court to file a memorandum not to exceed 30 pages in length.

      Respectfully Submitted,

      "s/Thomas A. Saitta
      Federal Bar Roll # 102510