UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

--------------------------------------------------------
UNITED STATES OF AMERICA,

    -against-

                       Case No: 05-CR-0270 TJM

DAVID J. FALSO,
          Defendant.
--------------------------------------------------------

## CERTIFICATE OF SERVICE

  I hereby certify that on January 3, 2006, I electronically filed the Omnibus Motion, Memorandum of Law and supporting papers on behalf of the defendant herein with the Clerk of the District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

  1. AUSA Miroslav Lovric, 15 Henry St., Binghamton, NY 13901


Dated:  January 3, 2006

                    "s/Thomas A. Saitta"
                    Thomas A. Saitta, Esq.
                    Fed. Bar Roll # 102510
                    Aswad & Ingraham
                    Attorneys for the Defendant
                    46 Front Street
                    Binghamton, NY 13905
                    607-722-3495