**ASWAD & INGRAHAM**
ATTORNEYS AT LAW
46 FRONT STREET
BINGHAMTON, NEW YORK 13905

Richard N. Aswad
Charles O. Ingraham
Thomas A. Saitta                    TELEPHONE:  607-722-3495
James F. Haley, Jr.*                      FAX:  607-722-2566
Angelina Cutrona Beehm         email: Tom.Saitta@ailaw.com
William M. Thomas*
James F. Moran                                                                Thomas R. Cline
         Special Counsel

*Also Admitted in Pennsylvania

January 4, 2006

Hon. Thomas J. McAvoy
Senior Judge, United States District Court
Northern District of New York
Federal Courthouse
15 Henry St.
Binghamton, NY 13901

      Re: USA v. Falso; 05-CR-270

Dear Judge McAvoy:

      Enclosed is the CV of Defendant's expert Robert DeCicco.  This was supposed to be included as exhibit A of his affidavit, which was attached as Exhibit B of my affidavit in support of the defendant's recent Ominbus Motion.  Unfortunately, when the motion was electronically filed, the CV was inadvertently omitted from Exhibit B.  Please accept the enclosed CV to be added to said exhibit.  A copy of the CV has already been provided to the Government.

      Respectfully Submitted,

      "s/Thomas A. Saitta
      Federal Bar Roll # 102510