# Robert C. DeCicco
PG Lewis & Associates, LLC
.P (908) 823-0005
.E rdecicco@pglewis.com

**Profile**
Data Forensics Case Manager for acquisition and forensic examinations for a variety of high-profile and confidential clients. Experience with the National Security Agency has afforded DeCicco with broad exposure to high-tech information collection, network exploitation and information assurance as directed by the US Department of Defense Intelligence Community.

**Data Forensic Examinations**
- Case management for major matters (involving large dollar settlements)
- Encase, FTK, Paraben and other software based forensic examinations
- Atypical media device examinations (e.g. Blackberry, Palm, Cell Phones)
- MS-Windows, Unix & Linux OS examinations
- E-Mail Investigations

**Data Acquisitions Exposure**
- Multi-platform/multi technology based recovery and acquisitions (PC's, Laptops Cell Phones, PDA's, Macintosh based hardware)
- Backup Tape and Disaster Recovery System acquisitions
- Direct friendly and hostile acquisitions
- Clandestine Acquisitions
- Full crime-scene processing:
    - Interviewing individuals
    - Photographing scene
    - Documenting personnel arrival and departure
    - Chain of Custody documentation

**Experience**
- *2004 onward PG Lewis* – Forensic Case Management, Acquisitions & Examination
- *2003-2004 National Security Agency US DoD* – Information Assurance Directorate Liaison

**Awards**
- 'Operation Iraqi Freedom' civilian service coin – NSA 2003
- 'IAD support appreciation' award – granted by NSA IAD for exceptional service – NSA 2003

**Clearance(s)**
- NSA DoD Top Secret / Sensitive Compartmented Information (TS/SCI) clearance
- Full-Scope + CI (Counter Intelligence) polygraph w/10 year BI. (DOJ Background Investigation)

**US DoD Classes/Briefings**
• 'Information Assurance and You' – National Security Agency, Ft Meade, MD 2003
• Operation Security Practice briefing – NSA – Ft Meade, MD 2003
• US Intelligence Agencies clearance process briefing – NSA, Ft Meade, MD 2003
• 'Red-Teaming' – hacking customer networks to improve security – NSA, Linthicum, MD 2003
• Intelligence collection, analysis and dissemination practices – NSA, Linthicum, MD 2003

**Conference Attendance**
• Southeast Cybercrime Summit – Kennesaw State University, Atlanta, GA - 2005
• HTCIA (High Tech Computer Crimes Investigation Association) – Washington D.C. – 2004
• CEIC (Computer & Enterprise Investigations Conference) – Guidance Software – SC 2004
• 'Defending America's Cyberspace' – CyberCorps Symposium – Carnegie Mellon University
• 'C.E.R.T.' (cyber emergency response team) tour – Carnegie Mellon University 2003
• 'CAE Awards'(centers of academic excellence) Information Assurance in DoD – Pentagon 2003

**Forensic Coursework/Labs**
• Incident Response Forensic Analysis & Discovery (Guidance Software, 2004)
• Recovering Deleted Files FAT and NTFS (SE HTCIA March 2005)
• Collection of Volatile Data and Imaging RAIDs (SE HTCIA March 2005)
• Investigating Evidence Eliminators (CEIC 2004)
• EnScripts (CEIC 2004)
• E-Mail Examinations (CEIC 2004)
• Foreign Language Support and Encrypted File System Support (CEIC 2004)
• FastBloc FE/SE and Field Response Kits (CEIC 2004)
• Implementing a Forensic Response Unit (CEIC 2004)
• Cell Phone/PDA Forensics Process (NE HTCIA 2004) Paraben Software
• IM Investigations (HTCIA 2004)
• Basic Mac Forensics (NE HTCIA 2004)
• Encase 101 (PG Lewis & Associates May 2004)

**Publications**
• "Data Forensics Investigations – 5 Day Course", Logical Security, *pending publication.*

**Legal Coursework**
• Dodd & Pozner 'Killer Cross-Examination' ICLE Seminar (NJ Law Center June 2004)
• Cross Examination of the Computer Forensic Expert (SE HTCIA 2005)
• Admissibility of Digital Photographs in the Court of Law [FLETC Instructed](SE HTCIA 2005)
• Computer Investigations as a Critical Control Activity under Sarbanes-Oxley (CEIC 2004)
• Emerging Challenges to Digital Forensics (CEIC 2004)
• Computer Forensics and High Tech Investigations in the Courtroom (NE HTCIA 2004)

**Presentations**
- Computer Forensics Case Management – PGLA HQ – Whitehouse Station, NJ 2/05 onward
- Data Forensics for Legal Professionals - Matthews, Collins, Shepherd, & McKay, LLC. Princeton, NJ 8/2004
- Data Forensics for Legal Professionals - PGLA HQ – Whitehouse Station, NJ 5/2004 onward (CLE)

**Associations/Certifications**
- Encase Certified Computer Examiner (EnCE)
- Association of Certified Fraud Examiners

**Education**
- Pennsylvania State University, State College, PA
*BS Management/Management Information Systems* 1993
- Guidance Software Professional Training Center*, Dulles, VA 2004
*Incident Response Forensic Analysis & Discovery*

**Appointments**
- Court appointed expert for matters relating to computer forensics and virus identification in Federal Case of US v. Bruce Wernick, US District Court for Eastern District of New York, 3/2005. Case No. 03CR-189-01

**Testimony**
- Oral testimony in the form of deposition on the work performed and certification composed for forensic acquisition and analysis of computer data. Mobashar, et al v. Wyeth Vaccines. Case No. 04-CV-3948. June 2005.
- Oral testimony in trial on the work performed in forensic acquisition and analysis of computer data. Opteum Financial Services, Inc. v. T.K. et al. Case No. 03-CV-355-17MSS (US District Court, Middle District of Florida) June 2005.
- Oral testimony in deposition on the work performed in proper forensic protocol utilized in the acquisition, preservation, analysis and production of electronic data results. McKesson Medical Surgical, Inc. v. Carmen Caccavale. Case No. CV04-1351-PHX-SRB (US District Court, District of Arizona) *Deposition occurred in NYC, NY.* June 2005.
- Oral testimony in trial on the work performed in acquisition and analysis of computer data DiDonato v. DiDonato, Dkt. No. FV-11-001096-05 (Ch. Div. Family Part, Mercer County) March 2005.
- Written testimony in the form of affidavit regarding E-Mail recovery and the proper forensic protocol, Opteum Financial Services, Inc. v. TK et al., Case No. 03-CV-355-17MSS April, 2005 (US District Court, Middle District of Florida)
- Written testimony in the form of affidavit regarding computer forensic process and the production of electronic data, Gallet Dreyer & Berkey LLP v. Silver Huntington Realty, LLC, Index # 601855/02 (Supreme Court of the State of New York, County of New York)
- Written testimony in the form of affidavit regarding E-Mails, Commonwealth of Virginia v. Larry Bill Elliott. Record Nos. 31610, 031611 (Prince William County) March 2005.
- Oral testimony on the Preliminary Findings Report based on computer forensic analysis and deleted file recovery, Drouin v. University of Maryland School of Law. March 2005.

- Written testimony in the form of affidavit regarding preservation of computer data and the degradation of the ability to recover files over time. <u>R.L. v. Voytac</u>, Dkt. No. MRS-L-472-04 (L. Div. Morris County) 2005.
- Oral testimony in deposition on the work done to produce expert rebuttal reports regarding computer forensic protocol, evidence handling, destruction of data and proper analysis methodology, <u>DiBattisto and Micro Bio-Medics v. PSS World Medical, Inc.</u>, Case No. CV-S-03-0998-RJJ-RCJ (D.Nev.) January, 2005
- Written testimony in the form of affidavit on the work performed in acquisition and analysis <u>Clinaudits, LLC v. Derrick</u>, Dkt. No. MRS-L-3131-04 (L. Div. Morris County) January 2005.
- Written testimony in the form of 2 expert rebuttal reports on the work performed by opposing computer forensic firm Spinelli Corp., DiBattisto and <u>Micro Bio-Medics v. PSS World Medical, Inc</u>., Case No. CV-S-03-0998-RJJ-RCJ (D.Nev.)
- Consulted and revised multiple Discovery Requests for Electronic Evidence, Notice to Preserve/Produce Orders, Orders to Show Cause and other legal documents authored for the express purposes of computer forensics and analysis.