UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

--------------------------------------------------------
UNITED STATES OF AMERICA,

    -against-

                                                             Case No: 05-CR-0270
                                                             TJM

DAVID J. FALSO,
                         Defendant.
--------------------------------------------------------

CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2006, I electronically filed a letter request on behalf of the defendant herein with the Clerk of the District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

    1. AUSA Miroslav Lovric, 15 Henry St., Binghamton, NY 13901


Dated:  January 19, 2006

                                                  "s/Thomas A. Saitta"
                                                  Thomas A. Saitta, Esq.
                                                  Fed. Bar Roll # 102510
                                                  Aswad & Ingraham
                                                  Attorneys for the Defendant
                                                  46 Front Street
                                                  Binghamton, NY 13905
                                                  607-722-3495