UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
UNITED STATES OF AMERICA,

   -against-

                                                                        Case No: 05-CR-0270
                                                                   TJM

DAVID J. FALSO,
                         Defendant.
---------------------------------------------------------

CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2006, I electronically filed the Reply Brief on behalf of the defendant herein with the Clerk of the District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

  1. AUSA Miroslav Lovric, 15 Henry St., Binghamton, NY 13901


Dated:  January 22, 2006

                                               "s/Thomas A. Saitta Esq."
                                               Thomas A. Saitta, Esq.
                                                 Fed. Bar Roll # 102510
                                               Aswad & Ingraham
                                               Attorneys for the Defendant
                                               46 Front Street
                                               Binghamton, NY 13905
                                               607-722-3495