UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff

                                                     3:05-CR-270 (TJM)

   v.

DAVID J. FALSO,

           Defendant.

## NOTICE OF APPEARANCE

    I, Bruce R. Bryan, hereby appear on behalf of the defendant in the above-entitled action for the limited purpose of representing the defendant in conjunction with Thomas A. Saitta, Esq. on his Pre-trial Motions to this Court.

    I certify that I am admitted to practice in this Court. I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.


Bruce R. Bryan                                         s/"Bruce R. Bryan

Name (Printed)                                         (Signature)

January 23, 2006
(Date)