UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

--------------------------------------------------------
UNITED STATES OF AMERICA,

    -against-

                                                                         Case No: 05-CR-0270 TJM

DAVID J. FALSO,
                Defendant.
--------------------------------------------------------

CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2006, I electronically filed the Notice of Appearance on behalf of the defendant herein with the Clerk of the District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

    1. AUSA Miroslav Lovric, 15 Henry St., Binghamton, NY 13901


Dated:  January 22, 2006

                                                    "s/Thomas A. Saitta Esq."
                                                    Thomas A. Saitta, Esq.
                                                    Fed. Bar Roll # 102510
                                                    Aswad & Ingraham
                                                    Attorneys for the Defendant
                                                    46 Front Street
                                                    Binghamton, NY 13905
                                                    607-722-3495