IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

DAVID FALSO,

3: 05 -CR -270

[TJM]

DEFENDANT.

## ORDER

Upon all the proceedings, the hearing and arguments held before this Court on January 30, 2005, **It Is Hereby Ordered** that defendant Falso's motion to suppress statements made by Falso to law enforcement is hereby **DENIED** in all respects.

Dated: Feb. 1, 2006

Hon. Thomas J. McAvoy
Senior Judge, U.S. District Court
Northern District of New York

1